### In re LAWRENCE et al.

(Circuit Court of Appeals, Second Circuit. December 22, 1904.)

#### No. 105.

BANKRUPTCY—REVIEW ON APPEAL—FINDINGS OF FACT.

A finding of fact by a referee, approved by the district judge on review, will not be disturbed by the appellate court, unless manifestly unsupported by the evidence.

[Ed. Note.—Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.]

Appeal from the District Court of the United States for the Southern District of New York.

W. M. Marshall, for appellant.

Albert Reynaud, for appellee.

Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. This case depends upon a question of fact, which has been decided adversely to the appellant by the referee, and by the district judge in review of the referee. This court should not disturb these findings, unless they are manifestly unsupported by the evidence. So far from this being so, we are of the opinion that the evidence abundantly supports them.

Order affirmed, with costs.